STATE of Missouri, Plaintiff/Respondent,

v.

Richard BECK, Defendant/Appellant.

No. 69573.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 29, 1996.

Alan G. Kimbrell, St. Louis, for Defendant/Appellant.

Richard A. Harper, Asst. Pros. Atty., St. Louis County, Clayton, for Plaintiff/Respondent.

Before RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Richard Beck appeals from a judgment of the Circuit Court of St. Louis County authorizing transfer of property seized to a federal law enforcement agency.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memo-

randum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.